

August 18, 2025

Jeffrey R. Ansel
Direct Dial: (612) 604-6503
Main Fax: (612) 604-6800
jansel@winthrop.com

VIA EMAIL Amy_Steele@iand.uscourts.gov
Magistrate Judge Mark A. Roberts
U.S. District Court
Northern District of Iowa
111 Seventh Ave. SE
Cedar Rapids, IA 52401

Re: Joint Discovery Status Update in *Associated Milk Producers, Inc. v. City of Sanborn, et al.*, Court File No. 24-CV-04033-CJW-MAR

Dear Magistrate Judge Roberts:

Plaintiff Associated Milk Producers, Inc. ("AMPI") and Defendant and Third-Party Plaintiff Maguire Iron, Inc ("Maguire") respectfully submit this Joint Discovery Status Update pursuant to this Court's Order dated July 23, 2025 (the "Order"). The undersigned represents AMPI and Mr. Cusic represents Maguire.

Pursuant to the Order, Mr. Cusic and I held two meet-and-confers, July 29, 2025 and August 4, 2025, to discuss and follow-up on Maguire's progress with respect to the open items set forth in the Joint Discovery Status Letter, dated July 30, 2025.

Maguire has continued to make supplemental productions following both the July 29, 2025 and August 4, 2025 meet-and-confers, and, at this point, there are only two open items that remain:

1. Privilege Log: AMPI was recently made aware of privileged communications that would otherwise be discoverable. Mr. Cusic has agreed to provide a privilege log; however, he will need more time to prepare it.

2. Redacted Communications: There remains one redacted communication that appears to be nonprivileged. Mr. Cusic has agreed to review that communication and determine whether it should be produced in unredacted form.



**Next Steps.** Mr. Cusic agrees to resolve these final two issues by no later than Tuesday, August 26, 2025.

This letter has been written jointly by Mr. Cusic and me. Thank you for your consideration.

Sincerely,

WINTHROP & WEINSTINE, P.A.

*s/ Jeffrey R. Ansel*

Jeffrey R. Ansel

cc: Philip O. Cusic, Esq.
      Counsel of Record

40332098v1