UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Associated Milk Producers, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LBM Coatings, LLC, Maguire Iron, Inc. and City of Sanborn, Iowa.<br><br>Defendants,<br><br>Maguire Iron, Inc.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LBM Coatings, LLC,<br><br>Third-Party Defendant. | Case No.: 24-cv-04033-CJW<br><br>**JOINT NOTICE OF SETTLEMENT** |

Associated Milk Producers, Inc., LBM Coatings, LLC, and Maguire Iron, Inc. file this notice to alert the Court that the parties have agreed to a settlement in principle of all pending claims in this matter. The parties are currently working on finalizing and executing a final written settlement agreement and related dismissal documents. Upon execution and performance of the settlement agreement, the parties will promptly file the appropriate dismissal documents with the Court. In the interim, the parties respectfully request that all pending deadlines in this matter be stayed, and that the Court continue to retain jurisdiction pending the filing of dismissal documents.

Respectfully submitted,

Dated: August 7, 2026


*s/Thomas H. Boyd*
Jeffrey R. Ansel (*pro hac vice*)
Thomas H. Boyd (#AT0000969)
Brent A. Lorentz (*pro hac vice*)
Robert B. Grimsley (*pro ha vice*)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
T: (612) 604-6400
jansel@winthrop.com
tboyd@winthrop.com
blorentz@winthrop.com
rgrimsley@winthrop.com

*Attorneys for Associated Milk Producers, Inc.*


Dated: August 7, 2026


*s/Kent A. Gummert*
Kent A. Gummert, #AT0003032
LEDERER WESTON CRAIG, PLC
4401 Westown Parkway, Suite 212
West Des Moines, Iowa 50266
T: (515) 224-3911
kgummert@lwclawyers.com

*Attorney for Maguire Iron, Inc.*


Dated: August 7, 2026


*s/Megan Rett Merritt*
Megan Rett Merritt, #AT0010635
Molly Parker, #AT0012335
SHUTTLEWORTH & INGERSOLL
PLC 235 6th Street SE
Cedar Rapids, Iowa 52401
T: (319) 365-9461
mrm@shuttleworthlaw.com
mmp@shuttleworthlaw.com

*Attorneys for LBM Coatings, LLC*


43693861v1